USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CHRISTIAN SANCHEZ, on behalf of himself and :
all others similarly situated,                                          :
                                                                              :
                                                    Plaintiff,         :
                                                                              :          20-CV-10185 (VEC)
                          -against-                                    :
                                                                              :                ORDER
MCKEE FOODS CORPORATION,                               :
                                                                              :
                                                   Defendant.      :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on December 3, 2020, Plaintiff filed the Complaint in this case, Dkt. 1;

        WHEREAS on April 5, 2021, Plaintiff's counsel represented that he had, as of that date,

"just been in contact" with counsel for Defendant and asked for additional time for the

Defendant to move or answer, Dkt. 6;

        WHEREAS on April 7, 2021, this Court ordered Plaintiff to show cause why this case

should not be dismissed for failure to serve, Dkt. 7;

        WHEREAS on April 7, 2021, Plaintiff's counsel filed a letter purporting to explain

Plaintiff's failure to serve Defendant and again requesting that the Court allow Defendant until

May 10, 2021, to respond to the Complaint, Dkt. 8; and

        WHEREAS Plaintiff's April 5, 2021, letter failed to mention that the Defendant had not

been timely served and misrepresented the chronology of his contact with Defendant (i.e.,

Defendant had contacted him over a month earlier);

        IT IS HEREBY ORDERED THAT the Court will permit Plaintiff to continue

prosecuting this case despite his failure to timely serve Defendant.  The Court notes, however,

that Plaintiff's counsel has failed entirely to demonstrate good cause for the failure to serve.  A

matter "slipping through the cracks" does not represent good cause.  Similar issues in this case or others that Plaintiff's counsel has before this Court will result in dismissal.  Plaintiff's counsel is also warned that the Court views his April 5, 2021, letter to constitute a lack of candor with the Court; further failures of candor will likely result in sanctions.

IT IS FURTHER ORDERED THAT Defendant's time to respond to the Complaint is extended to **May 10, 2021**.  The Initial Pretrial Conference is scheduled for **May 14, 2021, at 10:00 a.m.**  The parties' joint letter and proposed Case Management Plan are due not later than **May 6, 2021**.  The parties' joint letter must include an indication as to whether they believe a Rule 16 conference would be beneficial or if they would prefer that the Court cancel the conference and instead so-order the parties' proposed Case Management Plan.  No further extensions shall be granted.

**SO ORDERED.**

Date:  **April 9, 2021**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**